PROB 12C
(6/16)

Report Date: November 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael A. Guerra                Case Number: 0980 2:18CR00024-SMJ-1

Address of Offender:                               Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 30, 2018

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(a)(1), 924(a)(2)

Original Sentence:     Prison - 30 months            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Patrick Cashman               Date Supervision Commenced: July 30, 2020

Defense Attorney:      Jay McEntire                  Date Supervision Expires: July 29, 2023

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Michael A. Guerra is alleged to have failed to submit his random urine test at Social Treatment Opportunity Program (STOP) in Moses Lake, Washington, on October 29, 2020.

Per COVID-19 procedures, Mr. Guerra's supervised release conditions were reviewed with him on August 3, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above. He was provided with a copy of the judgment via email.

Mr. Guerra was referred to the phase colorline urine testing program at STOP in Moses Lake, on July 31, 2020. On October 29, 2020, Mr. Guerra failed to report to STOP and provide a random urine sample.

Prob12C
**Re: Guerra, Michael A.**
**November 20, 2020**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Michael A. Guerra is alleged to have failed to contact the U.S. Probation officer as directed on October 30, 2020.

Per COVID-19 procedures, Mr. Guerra's supervised release conditions were reviewed with him on August 3, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above. He was provided with a copy of the judgment via email.

On October 30, 2020, this officer called Mr. Guerra's cellular telephone and also sent a text message requesting he contact this officer. Mr. Guerra failed to call this officer or respond to the text message as directed.

On October 30, 2020, this officer called Mr. Guerra's mother and requested she have Mr. Guerra contact this officer. She agreed to call him and have him contact this officer that day. Mr. Guerra failed to contact this officer as directed on October 30, 2020.

   3   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Michael A. Guerra is alleged to have violated his term of supervised release by testing presumptive positive for methamphetamine on November 17, 2020.

Per COVID-19 procedures, Mr. Guerra's supervised release conditions were reviewed with him on August 3, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above. He was provided with a copy of the judgment via email.

Mr. Guerra failed to provide a random urinalysis sample on November 15, 2020. He was granted permission to make up the test on November 17, 2020. Mr. Guerra went to STOP to provide the random urine sample which tested presumptive positive for methamphetamine. The specimen was sent for further laboratory analysis. Mr. Guerra signed the admission or denial from, denying any drug use.

This officer spoke with Mr. Guerra on November 18, 2020. He admitted he used methamphetamine on November 11, 2020. Mr. Guerra indicated he was in the community and saw an old friend, he relapsed and used the illegal drug.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Guerra, Michael A.**
**November 20, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 20, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/20/2020
Date