PROB 12C
(6/16)

Report Date: January 22, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Michael A. Guerra                Case Number: 0980 2:18CR00024-SMJ-1

Address of Offender:                      , Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 30, 2018

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(a)(1), 924(a)(2)

Original Sentence:    Prison - 30 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Patrick Cashman               Date Supervision Commenced: July 30, 2020

Defense Attorney:     Francisco Carriedo            Date Supervision Expires: July 29, 2023

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on November 20, 2020.

The probation office believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Michael A. Guerra is alleged to possessed a controlled substance, methamphetamine, on January 19, 2021, in Benton County Jail.

Per COVID-19 procedures, Mr. Guerra's supervised release conditions were reviewed with him on August 3, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 2, as noted above. He was provided with a copy of the judgment via email.

On January 19, 2021, this officer received information from the U.S. Marshals Service that Mr. Guerra was found in possession of methamphetamine at Benton County Jail (BCJ).

On January 21, 2021, this officer spoke with a lieutenant at BCJ regarding Mr. Guerra. According to the lieutenant, the following occurred: On January 19, 2021, a corrections officer was concerned about Mr. Guerra's behavior. Mr. Guerra was displaying symptoms of being under the influence of drugs. When Mr. Guerra was confronted by the officer, he

Prob12C
Re: Guerra, Michael A.
January 22, 2021
Page 2

admitted to being under the influence of methamphetamine. Mr. Guerra was questioned about where he got the methamphetamine and Mr. Guerra handed the officer a small bag that contained suspected methamphetamine. Mr. Guerra then informed the officer that he had more drugs in a sock and his sock was located in his jail cell. The officer searched Mr. Guerra's jail cell and located another small bag of suspected methamphetamine.

After the corrections officer took the methamphetamine from Mr. Guerra, the Benton County Sheriff's Office (BCSO) was contacted and a deputy took possession of the methamphetamine. The incident report from the BCSO has been requested and at the time this petition was written, the probation office has not received the incident report. The lieutenant at the BCJ is not willing to provide this officer with jail incident reports from regarding this incident.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on November 20, 2020. Mr. Guerra is scheduled to appear for a supervised release revocation hearing on January 28, 2021, in Richland, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 22, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

01/22/2021
Date